```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAKISHA BRIGGS,                   :     CIVIL ACTION
                                  :     NO. 13-2191
          Plaintiff,              :
                                  :
     v.                           :
                                  :
BOROUGH OF NORRISTOWN, et al.,    :
                                  :
          Defendant.              :
```

## O R D E R

**AND NOW**, this **19th** day of **September, 2013**, it is hereby **ORDERED** that Plaintiff's Motion for Preliminary Injunction (ECF No. 2) is **DENIED without prejudice.**[1] Pursuant with Federal Rule of Civil Procedure 65(a), this Court will advance the trial on the merits of this case and consolidate it with the hearing of Plaintiff's Motion for Preliminary Injunction.

---

[1] For the reasons stated on the record including reliance upon the representations made by Counsel for Defendant Borough of Norristown at the September 19, 2013 hearing that, consistent with the letter from David Forrest to Darren Sudman dated September 6,2012 (Exhibit D1-A, Defendant's Response to Motion for Preliminary Injunction, ECF No. 26-1), the Borough of Norristown will not seek to enforce § 245-3 (Amended December 4, 2012) of the General Laws of Norristown (Exhibit J, Plaintiff's Amended Complaint, ECF No. 9-10) against Plaintiff Briggs for the duration of this litigation or until further order of this Court.

It is **further ORDERED** that Defendant's Motion to Dismiss (ECF No. 30) is **DENIED**.

**AND IT IS SO ORDERED.**

**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO,   J.**
